UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIANO KRUEL BUDRI,<br><br>*Appellant*,<br><br>v.<br><br>CLEMENTS ELECTRIC TEXAS, LLC,<br><br>*Appellee*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-CV-2595-X |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Appellee Clements Electric Texas, LLC's (Clements) motion to dismiss frivolous appeal by vexatious litigant. (Doc. 3). Having considered the motion to dismiss, response, and applicable law, the Court **GRANTS** the motion to dismiss. Additionally, the Court **DENIES AS MOOT** Appellant Adriano Kruel Budri's other outstanding motions. (Docs. 2, 4, 7).

The Fifth Circuit and the Texas Fort Worth Court of Appeals have previously sanctioned Budri and designated him as a vexatious litigant.[1] Now, Budri appeals several rulings by the Bankruptcy Court that designate him a vexatious litigant, sanction him, and hold him in contempt of court.[2] Courts may dismiss frivolous appeals that lack merit and have obvious outcomes.[3] The Court has reviewed the

[1] *See Budri v. Admin. Rev. Bd.*, 858 F. App'x 117 (5th Cir. 2021); *Budri v. McAllister*, No. 02-24-00092-CV, 2025 Tex App. LEXIS 980 (Tex. App.—Fort Worth Feb. 13, 2025, no pet. h.) (affirming sanctions awarded by the 141st District Court of Tarrant County, Texas).

[2] *See* Doc. 1-1 at 2; Doc. 1-2 at 1–2;

[3] *See Coghlan v. Starkey,* 852 F.2d 806, 808, 812 (5th Cir. 1988).

underlying record and determined Budri's appeal of a vexatious litigant designation, sanctions, and contempt lacks merit and has an obvious outcome.

Accordingly, the Court **DISMISSES WITH PREJUDICE** Budri' s appeal and **DENIES AS MOOT** all other pending motions in this case. The Court further **ORDERS** the clerk to close this case. Clements may seek further attorney's fees and sanctions by an appropriate motion within 28 days of the date of this order.

**IT IS SO ORDERED** this 17th day of September, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE